

**FILED**
5/6/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PH

2255,CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: <u>1:04−cr−20872−DLG</u>−1

Case title: USA v. West

Date Filed: 11/09/2004

Date Terminated: 07/27/2005

Assigned to: Judge Donald L. Graham

**Defendant (1)**

**Kenneth R West**
*TERMINATED: 07/29/2005*

represented by **Kenneth R West**
17248−018
Marion−USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 1000
Marion, IL 62959
PRO SE

**Daniel Ecarius**
Federal Public Defender's Office
150 West Flagler Street
Miami, FL 33130−1556
305−530−7000
Fax: 536−4559
Email: Daniel_Ecarius@fd.org
*TERMINATED: 07/29/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Shereen J. Charlick**
Federal Public Defender's Office
150 W Flagler Street
Miami, FL 33130−1556
305−530−7000
Fax: 536−4559
*TERMINATED: 12/29/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Pending Counts**

18:2332AA.F USE OF CERTAIN
WEAPONS OF MASS

**Disposition**

Imprisoned for term of 240 months to run
concurrent with the undischarged term of

1

| | |
|---|---|
| DESTRUCTION<br>(1s) | imprisonment in case #9634CRT99A; 5 years of supervised release; Assessment $100 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2332B.F CONSPIRACY TO KILL A U.S. CITIZEN<br>(1−6) | Dismissed |
| 18:2332AA.F USE OF CERTAIN WEAPONS OF MASS DESTRUCTION<br>(2s−6s) | Dismissed |
| 18:876.F MAILING THREATENING COMMUNICATIONS<br>(7−12) | Dismissed |
| 18:876.F MAILING THREATENING COMMUNICATIONS<br>(7s−13s) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Brenda Sue Thornton**<br>United States Department of Justice<br>Counterterrorism Section<br>950 Constitution Avenue NW<br>Washington, DC 20530<br>202−353−7951<br>Fax: 305−4901<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John C. Schlesinger**<br>United States Attorney's Office<br>99 NE 4 Street<br>Miami, FL 33132 |

305−961−9024
Fax: 530−7087
Email: John.Schlesinger@usdoj.gov
*TERMINATED: 01/13/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Carter White**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305−961−9451
Fax: 536−4675
Email: William.White@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen E. Gilbert**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305−961−9161
Fax: 305−536−7213
Email: karen.e.gilbert43@gmail.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2004 | 1 | INDICTMENT as to Kenneth R West (1) count(s) 1−6, 7−12 (Criminal Category 3) Magistrate Judge Barry L. Garber (pv, Deputy Clerk) (Entered: 11/12/2004) |
| 11/09/2004 | 2 | ARREST WARRANT issued as to Kenneth R West . Warrant Bail fixed at (pv, Deputy Clerk) (Entered: 11/12/2004) |
| 11/22/2004 | 3 | PETITION by USA for Writ of Habeas Corpus ad prosequendum as to Kenneth R West (dg, Deputy Clerk) (Entered: 11/23/2004) |
| 11/22/2004 | 4 | WRIT of Habeas Corpus ad Prosequendum issued as to Kenneth R West for 12/3/04 granting [3−1] petition as to Kenneth R West (1) ( Signed by Magistrate Peter R. Palermo on 11/19/04) [EOD Date: 11/23/04] (dg, Deputy Clerk) (Entered: 11/23/2004) |
| 11/29/2004 | 5 | NOTICE of filing letter authorizing Brenda Sue Thornton to act as attorney for USA by USA as to Kenneth R West (dg, Deputy Clerk) (Entered: 11/30/2004) |
| 12/02/2004 | 6 | MOTION by Kenneth R West change name on court record (dg, Deputy Clerk) (Entered: 12/06/2004) |
| 12/07/2004 | 7 | Affiant's Specific Negative Averment adn Bill of Peace by Kenneth R West (dg, Deputy Clerk) (Entered: 12/08/2004) |
| 12/14/2004 |  | ARREST of Kenneth R West (dg, Deputy Clerk) (Entered: 12/15/2004) |
| 12/14/2004 | 8 | ORDER on Initial Appearance as to Kenneth R West, for Appointment of Public Defender , , ( Signed by Magistrate Ted E. Bandstra on 12/14/04) Tape # 04e−67−3160 CCAP (dg, Deputy Clerk) (Entered: 12/15/2004) |

| 12/14/2004 | 9 | ARRAIGNMENT INFORMATION SHEET for Kenneth R West (1) count(s) 1−6, 7−12 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dg, Deputy Clerk) (Entered: 12/15/2004) |
|---|---|---|
| 12/14/2004 | 10 | STANDING DISCOVERY ORDER as to Kenneth R West all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Ted E. Bandstra on 12/14/04) Tape # 04e−67−3160 CCAP (dg, Deputy Clerk) (Entered: 12/15/2004) |
| 12/16/2004 | 11 | ARREST WARRANT Returned Executed as to Kenneth R West on 12/13/04 (dg, Deputy Clerk) (Entered: 12/17/2004) |
| 12/16/2004 | 12 | DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by Kenneth R West (dg, Deputy Clerk) (Entered: 12/17/2004) |
| 12/29/2004 | 13 | Criminal Trial Scheduling ORDER as to Kenneth R West set Jury trial for 9:00 2/7/05 for Kenneth R West before Judge Donald L. Graham , and set calendar call for 3:00 2/2/05 for Kenneth R West before Judge Patricia A. Seitz ( Signed by Judge Donald L. Graham on 12/29/04) [EOD Date: 12/30/04] CCAP (ct, Deputy Clerk) (Entered: 12/30/2004) |
| 12/29/2004 | 15 | NOTICE of Assignment of Assistant Public Defender for Kenneth R West . Terminated attorney Shereen J. Charlick for Kenneth R West AFPD Daniel Ecarius assigned. (ct, Deputy Clerk) (Entered: 01/03/2005) |
| 12/30/2004 | 14 | NOTICE of request for disclsoures of prior convictions, 404(b) evidence, and expert witness summaries by Kenneth R West (ct, Deputy Clerk) (Entered: 01/03/2005) |
| 12/30/2004 | 16 | RESPONSE to Standing Discovery Order by USA as to Kenneth R West (ct, Deputy Clerk) (Entered: 01/03/2005) |
| 01/04/2005 | 17 | SUPERSEDING INDICTMENT as to Kenneth R West (1) count(s) 1s−6s, 7s−13s (Criminal Category 3) Magistrate Judge Garber (dg, Deputy Clerk) (Entered: 01/06/2005) |
| 01/10/2005 | 18 | ARRAIGNMENT INFORMATION SHEET for Kenneth R West (1) count(s) 1s−6s, 7s−13s NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dg, Deputy Clerk) (Entered: 01/11/2005) |
| 01/10/2005 | 19 | STANDING DISCOVERY ORDER as to Kenneth R West all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Judge Andrea M. Simonton on 1/7/05) Tape # 05fx−4−1418 CCAP (dg, Deputy Clerk) (Entered: 01/11/2005) |
| 01/13/2005 | 20 | NOTICE of Reassignment of US Attorney. Terminated attorney John C. Schlesinger for USA Added William Carter White (dg, Deputy Clerk) (Entered: 01/14/2005) |
| 01/19/2005 | 21 | FIRST SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Kenneth West (dg, Deputy Clerk) (Entered: 01/20/2005) |
| 01/24/2005 | 22 | SECOND SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Kenneth West (dg, Deputy Clerk) (Entered: 01/25/2005) |
| 01/24/2005 | 23 | Proposed Jury Instructions by USA as to Kenneth R West (dg, Deputy Clerk) (Entered: 01/25/2005) |
| 01/24/2005 | 24 | |

| | | |
|---|---|---|
| | | JOINT STATEMENT of counsel by Kenneth R West, USA (dg, Deputy Clerk) (Entered: 01/25/2005) |
| 01/24/2005 | 25 | MOTION by USA as to Kenneth R West to continue trial (dg, Deputy Clerk) (Entered: 01/25/2005) |
| 01/28/2005 | 26 | ORDER as to Kenneth R West granting [25−1] motion to continue trial set Jury trial for 3/21/05 before Judge Donald L. set calendar call for 3:00 3/16/05 before Judge Donald L. Graham , to Continue in Interest of Justice ( Signed by Judge Donald L. Graham on 1/27/05) Date: 1/31/05] CCAP (wc, Deputy Clerk) (Entered: 01/31/2005) |
| 02/08/2005 | 27 | NOTICE of Intent to Introduce Prior Conviction(s) as to Kenneth R West (hd, Deputy Clerk) (Entered: 02/09/2005) |
| 02/16/2005 | 28 | FIRST SUPPLEMENTAL NOTICE OF INTENT to offer Rule 404(b) evidence by USA as to Kenneth R West (dg, Deputy Clerk) (Entered: 02/17/2005) |
| 02/17/2005 | 29 | FOURTH SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Kenneth West (dg, Deputy Clerk) (Entered: 02/18/2005) |
| 03/08/2005 | 30 | Submission of Plea Agreement as to Kenneth R West (dg, Deputy Clerk) (Entered: 03/09/2005) |
| 03/11/2005 | 31 | Minutes of change of plea held on 3/11/05 before Judge Donald L. Graham as to Kenneth R West ; GUILTY: Kenneth R West (1) count(s) 1s Court Reporter Name or Tape #: Carly Horenkamp (dg, Deputy Clerk) (Entered: 03/14/2005) |
| 03/11/2005 | 32 | ORDER as to Kenneth R West set Sentencing for 2:30 5/20/05 for Kenneth R West before Judge Donald L. Graham (Signed by Judge Donald L. Graham on 3/11/05) [EOD Date: 3/14/05] CCAP (dg, Deputy Clerk) (Entered: 03/14/2005) |
| 04/19/2005 | 33 | MOTION by USA as to Kenneth R West to decrease offense level (dg, Deputy Clerk) (Entered: 04/20/2005) |
| 04/21/2005 | 34 | AMENDED MOTION by USA as to Kenneth R West to decrease offense level referring to: [33−1] motion to decrease offense level (dg, Deputy Clerk) (Entered: 04/22/2005) |
| 05/05/2005 | 35 | MOTION with Memorandum in Support by Kenneth R West for downward departure (dg, Deputy Clerk) (Entered: 05/06/2005) |
| 05/05/2005 | 36 | SENTENCING MEMORANDUM by Kenneth R West (dg, Deputy Clerk) (Entered: 05/06/2005) |
| 05/10/2005 | 37 | MOTION by USA as to Kenneth R West to continue sentencing (dg, Deputy Clerk) (Entered: 05/11/2005) |
| 05/12/2005 | 38 | ORDER as to Kenneth R West granting [37−1] motion to continue sentencing as to Kenneth R West (1) reset Sentencing for 4:00 5/31/05 for Kenneth R West before Judge Donald L. Graham ( Signed by Judge Donald L. Graham on 5/11/05) [EOD Date: 5/13/05] CCAP (dg, Deputy Clerk) (Entered: 05/13/2005) |
| 05/12/2005 | 39 | JOINT MOTION by USA and Kenneth R West for a second mental evaluation of the defendant (dg, Deputy Clerk) (Entered: 05/13/2005) |
| 05/13/2005 | 40 | NOTICE of change of name and PETITION/MOTION by Kenneth R West to change all court records to reflect new name (dg, Deputy Clerk) (Entered: 05/16/2005) |

| 05/17/2005 | 41 | ORDER as to Kenneth R West granting [39−1] joint motion for a second mental evaluation of the defendant as to Kenneth R West (1) ( Signed by Judge Donald L. Graham on 5/16/05) [EOD Date: 5/18/05] CCAP (dg, Deputy Clerk) (Entered: 05/18/2005) |
| 05/23/2005 | 42 | RESPONSE by USA as to Kenneth R West re [40−1] motion to change all court records to reflect new name (dg, Deputy Clerk) (Entered: 05/24/2005) |
| 05/27/2005 | 43 | NOTICE of filing of Government expert's report by USA as to Kenneth R West (dg, Deputy Clerk) (Entered: 05/31/2005) |
| 05/31/2005 | 44 | RESPONSE by USA as to Kenneth R West re [35−1] motion for downward departure (dg, Deputy Clerk) (Entered: 06/01/2005) |
| 05/31/2005 | 45 | Minutes of sentencing [to be set] held on 5/31/05 before Judge Donald L. Graham as to Kenneth R West ; Court Reporter Name or Tape #: Carly Horenkamp (dg, Deputy Clerk) (Entered: 06/01/2005) |
| 06/02/2005 | 46 | RESPONSE to questions raised by the Court at the sentencing hearing by USA as to Kenneth R West (dg, Deputy Clerk) (Entered: 06/03/2005) |
| 06/22/2005 | 47 | NOTICE of Unavailability by USA as to Kenneth R West for dates of: 6/29/05 thru 7/8/05 (dg, Deputy Clerk) (Entered: 06/23/2005) |
| 07/13/2005 | 48 | NOTICE as to Kenneth R West set Sentencing for 2:00 7/27/05 for Kenneth R West before Judge Donald L. Graham (Signed by Judge Shelby Highsmith on 7/13/05) [EOD Date: 7/14/05] CCAP (dg, Deputy Clerk) (Entered: 07/14/2005) |
| 07/15/2005 | 49 | NOTICE of Unavailability by Kenneth R West for dates of: 7/27/05 thru 8/12/05 (dg, Deputy Clerk) (Entered: 07/18/2005) |
| 07/27/2005 | | Sentencing held before Judge Donald L. Graham Kenneth R West (1) count(s) 1s (dg, Deputy Clerk) (Entered: 08/01/2005) |
| 07/28/2005 | 50 | Minutes of sentencing held on 7/27/05 before Judge Donald L. Graham as to Kenneth R West ; Court Reporter Name or Tape #: Carly Horenkamp (dg, Deputy Clerk) (Entered: 07/29/2005) |
| 07/29/2005 | 51 | JUDGMENT as to Kenneth R West (1) count(s) 1s Imprisoned for term of 240 months to run concurrent with the undischarged term of imprisonment in case #9634CRT99A; 5 years of supervised release; Assessment $100 , Kenneth R West (1) count(s) 1−6, 2s −6s , 7s −13s , 7 −12 Dismissed (Signed by Judge Marcia G. Cooke on 7/29/05) [EOD Date: 8/2/05] CCAP (dg, Deputy Clerk) (Entered: 08/02/2005) |
| 01/23/2006 | 52 | Exhibit and Witness List by USA as to Kenneth R West (tb, Deputy Clerk) (Entered: 01/26/2006) |
| 09/19/2006 | 53 | NOTICE of request for docket sheet by Kenneth R West. Docket forwarded (ct, Deputy Clerk) (Entered: 09/20/2006) |
| 05/24/2016 | 54 | Motion to Vacate under 28 U.S.C. 2255 by Kenneth R West (civil case number 16−cv−21862.) All further docketing related to the motion to vacate is to be done in the civil case. (lrz1) (Entered: 05/24/2016) |
| 09/05/2017 | 55 | ORDER denying 54 Motion to Vacate (2255) as to Kenneth R West (1). Signed by Senior Judge Donald L. Graham on 9/5/2017. (jas) (Entered: 09/05/2017) |

| 09/05/2018 | 56 | Motion to Revise Judgment and Commitment Order re 51 Judgment, by Kenneth R West. Responses due by 9/19/2018.(kpe) (Entered: 09/05/2018) |
|---|---|---|
| 09/06/2018 | 57 | PAPERLESS ORDER Requiring Response(s) from AUSA and United States Probation Office as to Kenneth R West re 56 MOTION to Amend/Correct 51 Judgment, filed by Kenneth R West.. Responses due by 9/26/2018 Signed by Senior Judge Donald L. Graham on 9/6/2018. (cf) (Entered: 09/06/2018) |
| 09/26/2018 | 58 | RESPONSE in Opposition by USA as to Kenneth R West re 56 MOTION to Amend/Correct 51 Judgment, Replies due by 10/3/2018. (Attachments: # 1 Exhibit). Attorney Karen E. Gilbert added to party USA(pty:pla). (Gilbert, Karen) (Entered: 09/26/2018) |
| 10/12/2018 | 59 | ORDER denying 56 Motion to Revise Judgment and Commitment Order re 51 Judgment as to Kenneth R West (1). Signed by Senior Judge Donald L. Graham on 10/12/2018. *See attached document for full details.* (jc) (Entered: 10/12/2018) |
| 04/28/2022 | 60 | MOTION to Correct Name on Judgment and Commitment Order re 51 Judgment, by Kenneth R West. Responses due by 5/12/2022 (ebz) (Entered: 04/28/2022) |
| 04/29/2022 | 61 | ORDER. Requiring Response(s) from AUSA as to Kenneth R West, Motion to Correct Name on Judgement and Commitment Order DE 60 . Signed by Senior Judge Donald L. Graham on 4/29/2022. *See attached document for full details.* (ebz) (Entered: 04/29/2022) |
| 05/12/2022 | 62 | RESPONSE in Opposition by USA as to Kenneth R West re 60 MOTION to Amend/Correct 51 Judgment, Replies due by 5/19/2022. (Gilbert, Karen) (Entered: 05/12/2022) |
| 05/13/2022 | 63 | ORDER. The Government shall, within 5 days, file a response to Defendant's Motion, addressing the discrepancy between the name listed on Defendant's birth certificate, the indictment, and other court filings, and the Defendants name as it appears on the judgment and commitment order as to Kenneth R West. Signed by Senior Judge Donald L. Graham on 5/13/2022. *See attached document for full details.* (ebz) Modified text on 5/13/2022 (ebz). (Entered: 05/13/2022) |
| 05/17/2022 | 64 | Supplemental RESPONSE in Opposition by USA as to Kenneth R West re 60 MOTION to Amend/Correct 51 Judgment, Replies due by 5/24/2022. (Gilbert, Karen) Modified Text on 5/17/2022 (ls). (Entered: 05/17/2022) |
| 07/05/2022 | 65 | ORDER AND AJUDGED that the Bureau of Prisons shall, within 5 days, file a response to Defendant's Motion, addressing whether changing the order of the names listed on the Judgment and Commitment Order would alleviate any confusion for the BOP as to Kenneth R West. Signed by Senior Judge Donald L. Graham on 7/5/2022. *See attached document for full details.* (ebz) (Entered: 07/05/2022) |
| 07/08/2022 | 66 | Supplemental RESPONSE to Motion by USA as to Kenneth R West re 60 MOTION to Amend/Correct 51 Judgment, Replies due by 7/15/2022. (Gilbert, Karen) Modified Text on 7/11/2022 (ls). (Entered: 07/08/2022) |
| 09/06/2022 | 67 | ORDER. Defendant's Motion to Correct Judgment and Commitment Order DE 60 is hereby DENIED as to Kenneth R West (1). Signed by Senior Judge Donald L. Graham on 9/6/2022. *See attached document for full details.* (ebz) (Entered: 09/07/2022) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 04-20872 CR-GRAHAM

MAGISTRATE JUDGE
GARBER

CASE NO. _____

18 U.S.C. § 2332a(b)
18 U.S.C. § 876(c)
18 U.S.C. § 2

UNITED STATES OF AMERICA

v.

KENNETH R. WEST,

     Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about July 22, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### KENNETH R. WEST,

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Consul Division, Foreign & Commonwealth Divisonal (sic) Office, 1 Palace Street, London, England SW1E 5HE"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.



## COUNT 2

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST**,

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 3

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST**,

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "British Foreign & Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England SW1E 5HE, United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 4

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

2

**KENNETH R. WEST**,

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG, United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 5

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST**,

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Prisoners Abroad Legal Service for British Nationals, I.A. – Executive Director, Attorney at Law, 89-93 Fonthill Road, London, England N4 3JH, United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 6

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST**,

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States

3

Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Foreign & Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England SW1E 5HE, United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 7

On or about July 22, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### KENNETH R. WEST,

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Consul Division, Foreign & Commonwealth Divisonal [sic] Office, 1 Palace Street, London, England SW1E 5HE," which communication contained a threat to injure persons there; in violation of Title 18, United States Code, Sections 876(c) and 2.

## COUNT 8

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### KENNETH R. WEST,

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG, United Kingdom," which communication contained a threat to injure persons there; in violation of Title 18, United States Code, Sections 876(c) and 2.

## COUNT 9

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### KENNETH R. WEST,

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "British Foreign and Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England SW1E 5HE, United Kingdom," which communication contained a threat to injure persons there; in violation of Title 18, United States Code, Sections 876(c) and 2.

## COUNT 10

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### KENNETH R. WEST,

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG, United Kingdom," which communication contained a threat to injure persons there; in violation of Title 18, United States Code, Sections 876(c) and 2.

## COUNT 11

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### KENNETH R. WEST,

5

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Prisoners Abroad Legal Services for British Nationals, I.A. – Executive Director, Attorney at Law, 89-93 Fonthill Road, London, England N43JH, United Kingdom," which communication contained a threat to injure persons there; in violation of Title 18, United States Code, Sections 876(c) and 2.

## COUNT 12

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### KENNETH R. WEST,

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Foreign and Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England SW1E 5HE, United Kingdom," which communication contained a threat to injure persons there; in violation of Title 18, United States Code, Sections 876(c) and 2.

6

## ADDITIONAL ALLEGATIONS

1.  With respect to Counts 7-12 (Mailing Threatening Communications):

     (a) the offense resulted in substantial disruption of public, governmental or business

     functions or services; and

     (b) the offense resulted in a substantial expenditure of funds to clean up,

     decontaminate, or otherwise respond to the offense.

                                        A TRUE BILL.

                                        ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

                                        FOREPERSON


MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY


JOHN C. SCHLESINGER
ASSISTANT UNITED STATES ATTORNEY


for WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    04 - 20872 CR-GRAHAM

vs.

KENNETH R. WEST,

CASE NO.

**CERTIFICATE OF TRIAL ATTORNEY***

MAGISTRATE JUDGE
GARBER

Defendant.
_____/

Superseding Case Information:

**Court Division:** (Select One)

| | | | | New Defendant(s) | Yes _____ | No _____ |
| X | Miami | ____ | Key West | Number of New Defendants | | |
| ____ | FTL | ____ | WPB ____ FTP | Total number of counts | | |

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)      No
    List language and/or dialect    _____

4.  This case will take      11      days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                    (Check only one)

| I | 0 to 5 days | _____ | | Petty | _____ |
| II | 6 to 10 days | _____ | | Minor | _____ |
| III | 11 to 20 days | X | | Misdem. | _____ |
| IV | 21 to 60 days | _____ | | Felony | X |
| V | 61 days and over | _____ | | | |

6.  Has this case been previously filed in this District Court? (Yes or No)      No
    If yes:
    Judge: _____      Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)      No
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____      District of _____

    Is this a potential death penalty case? (Yes or No)      No

7.  Does this case originate from a matter pending in the U.S. Attorney's Office prior to
    April 1, 2003?      X   Yes      _____ No

8.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to
    April 1, 1999?      _____ Yes      X   No
    If yes, was it pending in the Central Region?      _____ Yes      _____ No

9.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior
    to  October 14, 2003?      _____ Yes      X   No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to
    May 18, 2003?      _____ Yes      X   No

JOHN C. SCHLESINGER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 788716

*Penalty Sheet(s) attached                                    REV.1/14/04

15

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **KENNETH R. WEST**

**Case No.** **04 - 20872** **CR-GRAHAM** MAGISTRATE JUDGE
GARBER

Counts #: 1-6

  Threatening the use of a weapon of mass destruction

  18 U.S.C. §§2332a(b) and 2

**\* Max.Penalty:** Life imprisonment

Counts #: 7-12

  Mailing threatening communications

  18 U.S.C. §§ 876(c) and 2

**\*Max. Penalty:** Five years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT

_SOUTHERN_ District of _FLORIDA_

No. 04-2082

THE UNITED STATES OF AMERICA

vs.

Kenneth R. West,

Defendant.

## INDICTMENT

18 USC § 2332a(b)
18 USC § 876(c)
18 USC § 2

A true bill.

_____
Foreman

Filed in open court this
_____ day,
of _____ . A.D. 2004

_____
Clerk

FGJ # 03-03 (MIA)

Bail, $ _____

Page 1 of 6

# United States District Court

## Southern District of Florida
### MIAMI DIVISION

**UNITED STATES OF AMERICA**

**JUDGMENT IN A CRIMINAL CASE**

v.

**Case Number: 04-20872-CR-GRAHAM**

**CRISTIAN NOEL IGLESIAS**
a/k/a  Kenneth R. West

FILED by _____ D.C.

JUL 2 9 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

USM Number: 17248-018

Counsel For Defendant: Daniel Ecarius, AFPD
Counsel For The United States: William White, AUSA
Court Reporter: Carleen Horenkamp

The defendant pleaded guilty to Count One of the Indictment.
The defendant is adjudicated guilty of the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 2332a(b) | Threatened Use of a Weapon of Mass Destruction | July 22, 2002 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The remaining Counts in the Indictment are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material changes in economic circumstances.

Date of Imposition of Sentence:
July 28, 2005

DONALD L. GRAHAM
United States District Judge

July 29, 2005

DEFENDANT: CRISTIAN NOEL IGLESIAS
CASE NUMBER: 04-20872-CR-GRAHAM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **240 Months** to run concurrent with the undischarged term of imprisonment in case number 9634CRT99A. The defendant shall receive credit for time served as applicable by statute.

The Court makes the following recommendation(s) to the Bureau of Prisons: that the defendant be evaluated for treatment by the Bureau of Prisons for cognitive behavioral therapy and more importantly determine if he would benefit from the treatment.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

19

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case

DEFENDANT: CRISTIAN NOEL IGLESIAS
CASE NUMBER: 04-20872-CR-GRAHAM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **five (5) years**.

  The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons. The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

  **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

  If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

  The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;
2. The defendant shall report to the probation office as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. The defendant shall support his or her dependents and meet other family responsibilities;
5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: CRISTIAN NOEL IGLESIAS
CASE NUMBER: 04-20872-CR-GRAHAM

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

The defendant shall participate in an approved inpatient/outpatient mental health treatment program, as directed by the U.S. Probation Office. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the U.S. Probation Officer, based on ability to pay, or availability of third party payment.

DEFENDANT: CRISTIAN NOEL IGLESIAS
CASE NUMBER: 04-20872-CR-GRAHAM

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

**Total Assessment**               **Total Fine**               **Total Restitution**

  $100.00

\*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: CRISTIAN NOEL IGLESIAS
CASE NUMBER: 04-20872-CR-GRAHAM

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

    A.  Lump sum payment of **$100.00** due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**The assessment is payable immediately to the U.S. COURTS and is to be addressed to:**

    **U.S. CLERK'S OFFICE**
    **ATTN: FINANCIAL SECTION**
    **301 N. MIAMI AVENUE, ROOM 150**
    **MIAMI, FLORIDA 33128**

**The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.